UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20952-CIV-DAMIAN

**ROCK CHALK BOAT COMPANY**,

    Plaintiff,

v.

**JULIUS MARION UTER and
CYNTHIA LOUISE UTER**,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Dismissal With Prejudice [ECF No. 4], filed on May 6, 2024.

In the Notice, Plaintiff indicates the parties have settled and that the dismissal is with prejudice. The Court notes the opposing party had not yet filed an Answer or a Motion for Summary Judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**;
2. The Clerk is directed to **CLOSE** this case; and
3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of May, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**